David Seror
21650 Oxnard Street**,**
Suite 500
Woodland Hills, CA 91367
Tel:  (818) 827-9000

Email: dseror@bg.law

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>HORMOZ RAMY<br><br>            Debtor. | Case No. 1:20-bk-10276-VK<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

     David Seror, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated:  8/31/2020                                                          /s/ David Seror
                                                                               David Seror, Chapter 7 Trustee