| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER - Bar No. 156593<br>TAMAR TERZIAN- Bar No. 254148<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@bg.law<br>tterzian@bg.law<br><br>Attorneys for David Seror,<br>Chapter 7 Trustee<br><br>☐ *Movant appearing without an attorney*<br>☐ *Attorney for Movant* | **FILED & ENTERED**<br><br>OCT 01 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gasparia  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>HORMOZ RAMY,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:20-bk-10276 VK<br>CHAPTER: 7 |
|---|---|
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)** |
| | DATE: 9/23/2020<br>TIME: 9:30 a.m.<br>COURTROOM: 301<br>PLACE: 21011 Burbank Blvd.<br>Woodland Hills, CA 91367 |

**MOVANT:**

WV SPE 20172S, LLC as Assignee

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action:

   Docket number: 56-2010-00377292-CU-UD-SIM

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:
   Superior Court of State of California, Ventura County

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                      Page 1                          F 4001-1.RFS.NONBK.ORDER

3. The Motion is denied under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:

    There is not cause to grant movant relief from the automatic stay in order for movant to amend the application for renewal of the subject judgment, amend the related abstracts of judgment (recorded in Los Angeles, Ventura and Riverside counties) and/or record a certified copy of the amended application for renewal of the subject judgment.

    In addition, the Court will not abstain from determining the validity of movant's lien(s). This decision does not reflect the Court's determination that any liens arising from the recorded abstracts of judgment are subject to avoidance.

###

Date: October 1, 2020

*signature*
Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.NONBK.ORDER