| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mac E. Nehoray, Esq. SBN 147168<br>Southern California Attorneys, APC<br>24007 Ventura Boulevard, Suite 110<br>Calabasas, California 91302<br>mac@socalatt.com<br>(818)222-2227 | |

☐ Individual appearing without attorney
☒ Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

Hormoz Ramy,

Debtor(s).

CASE NO.: 1:20-bk-10276-VK

CHAPTER: 7

## NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

1. TO (specify name): David Seror, Chapter 7 Trustee

2. NOTICE IS HEREBY GIVEN that Hormoz Ramy
a party in interest, hereby opposes the following request (specify that which is opposed):
Application by David Seror, Chapter 7 Trustee, for Order Approving
Employment of Broker Coldwell Banker Residential Brokerage, Statements of Disinterestedness

3. This opposition is based upon the following grounds (specify grounds):
The Subject Property has just been leased for $2,500 a month starting May 1, 2021. Furthermore, the Subject property is subject to a lien which was recorded 17 years ago by Ziba Daneshi which is in excess of the Property's Valude.

It is not in the best interest of the bankruptcy estate to sell this Property.

Furthermore, most if not all Broker's only charge a 5% commission on listings. There is apparently a special relationship between the Applicant and the Broker whereby the Broker is getting 6%.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9013-1.3.OPPOSITION.REQ.HEARING

4. Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence (*specify declarations and exhibits by name or description*):

   Recorded Lien on the Property

5. ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6. Total number of attached pages of supporting documentation: 2

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date: 04/27/2021

Respectfully submitted,

Southern California Attorneys, APC
Printed name of law firm

*[signature]*
Signature

Mac E. Nehoray
Printed name

Attorney for: Debtor, Hormoz Ramy

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.3.OPPOSITION.REQ.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

24007 Ventura Boulevard, Suite 110, Calabasas, California 91302

A true and correct copy of the foregoing document entitled: **Notice of Opposition and Request for a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/27/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- David Seror (TR) aquijano@bg.law, C133@ecfcbis.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Casey Z Donoyan cdonoyan@hrhlaw.com
- Raffi Khatchadourian raffi@hemar-rousso.com
- Tamar Terzian tterzian@bg.law, ecf@bg.law
- Holly Walker holly@veruslawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/27/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Victoria S. Kaufman<br>United States Bankruptcy Court<br>21041 Burbank Blvd., Suite 354<br>Woodland Hills, CA 91367-6606 | Bill I. Friedman<br>Coldwell Banker<br>2444 Wilshire Blvd., Suite 102<br>Santa Monica, CA 90403 | Jane Schore<br>Coldwell Banker<br>9269 Sunset Blvd., Suite 320<br>West Hollywood, CA 90069 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/27/2021 | Maria Blauser | /s/ Maria Blauser |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 3            **F 9013-1.3.OPPOSITION.REQ.HEARING**

**2. SERVED BY UNITED STATES MAIL**

| Debtor<br>Hormoz Ramy<br>4470 Winnetka Avenue<br>Woodland Hills, CA 91364 | Citibank, N.A.<br>5800 S. Corporate Place<br>Sioux Falls, DS 57108-5027 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>POB 836880<br>Sacramento, CA  94280-0001 |
|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>POB 2952<br>Sacramento, CA  95812-2952 | Massoud Rami<br>16840 Vanowen St<br>Van Nuys, CA 91406 | Siamak E. Nehoray, Esq.<br>Southern California Attorneys, APC<br>24007 Ventura Blvd., Suite 110<br>Calabasas, CA 91302-2549<br>**VIA NEF** |
| Office of Finance City of Los Angeles<br>200 N. Spring St Rm 101 City Hall<br>Los Angeles CA  90012-3224 | Logix<br>2340 Hollywood Way<br>PO Box 6759<br>Burbank, CA 91510 | Pacifica L 39, LLC C/O<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Fl<br>Encino, CA 91436<br>**VIA NEF** |
| WV SPE 2017-SA, LLC<br>c/o Verus Law Group, APC<br>2623 W. Manchester Blvd.<br>Inglewood, CA 90305-2433 | WVJP 2017-2, LP<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Fl<br>Encino, CA 91436<br>**VIA NEF** | Wells Fargo Bank<br>P. O. Box 10378<br>Des Moines, IA 50306-0378 |
| Wolverine Ventures Inc.<br>800 Silverado Street, Suite 300<br>La Jolla, CA 92037-4234 | | |

_____
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2016                                                                                       **F 7004-1.SUMMONS.ADV.PROC**