STEVEN T. GUBNER – Bar No. 156593
TAMAR TERZIAN - Bar No. 254148
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:   818.827.9099
Email:         sgubner@bg.law
                   tterzian@bg.law

Attorneys for David Seror,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 24 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>HORMOZ RAMY,<br><br>        Debtor. | Case No.: 1:20-bk-10276-VK<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY COLDWELL BANKER RESIDENTIAL BROKERAGE AS REAL ESTATE BROKER TO MARKET AND SELL PROPERTY**<br><br>**Date:**  May 20, 2021<br>**Time:**  1:30 p.m.<br>**Place:** Via ZOOMGOV<br>            United States Bankruptcy Court<br>            21041 Burbank Boulevard<br>            Woodland Hills, CA 9136 |

The Court considered the *Trustee's Application for Authority to Employ Coldwell Banker Residential Brokerage as Real Estate Broker to Market and Sell Real Property; and Statement of Disinterestedness in Support Thereof* filed on April 13, 2021 [*Doc. No. 68*] (the "Application"), came on regularly for hearing on May 20, 2021, at 1:30 p.m., the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  *Appearances were made as noted on the record.*

The Court having considered the Application, the Opposition and all papers and pleadings filed in support thereof, and having considered the *Debtor's Opposition* to the Application [*Doc. No. 70*], for the reasons set forth in the Court's *posted written* tentative ruling, and finding good cause appearing therefor,

1

**IT IS HEREBY ORDERED**:

1. The Application is approved pursuant to the terms and conditions set forth therein.

2. The Chapter 7 Trustee is hereby authorized to employ Coldwell Banker Residential Brokerage and William Friedman and his associates as his real estate broker to sell property of the estate as set forth in the Application.

**IT IS SO ORDERED.**

### #

Date: May 24, 2021

Victoria S. Kaufman
United States Bankruptcy Judge